J. W. Rhodes, J. T. Rhodes and D. A. Rhodes, Partners as N. M. Rhodes Mill & Mercantile Company, Plaintiffs in Error, vs. Will Hicks and John Till, Defendants in Error.

### IN BANC.

Writ of error to Circuit Court, Escambia county; L. J. Reeves, Judge.

*Blount & Blount,* for Plaintiffs in Error.

No appearance for Defendants in Error.

This action was brought by the plaintiffs in error against the defendants in error. There was judgment for the defendants, and the plaintiffs take writ of error. Writ of error dismissed on motion of counsel for plaintiff in error.